# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLEN HARTOONIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AT&T SERVICES, INC.<br><br>Defendant. | Case No.  25-cv-2850 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED this October 22, 2025.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com